UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                                                  Case No. 2:11-mj-21

HENRY MICHAEL TURAN,                    HON. TIMOTHY P. GREELEY

    Defendant(s).
_____/

## ORDER

Defendant Turan appeared before the undersigned on September 16, 2011, for a detention hearing and preliminary examination on the complaint alleging Felon in Possession of Ammunition. At that time, defendant requested additional time to investigate the detention issue before the court. The court indicated it would allow the government to present evidence as to the preliminary examination and its motion for detention, but that the detention issue would remain open as to defendant's ability to present evidence at a later date.

A preliminary examination was conducted, with testimony heard from Special Agent Timothy DeClaire. The court found that the testimony presented by the witness established probable cause that the defendant committed the offense alleged in the complaint. The court further found that defendant presented a risk of flight and a danger to the community and ordered that the defendant be detained pending further proceedings. The court stated the record will remain open as to defendant's ability to address the detention issue at a later date.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable

opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

        IT IS SO ORDERED.

                              /s/ Timothy P. Greeley
                              TIMOTHY P. GREELEY
                              UNITED STATES MAGISTRATE JUDGE

Dated: September 16, 2011